Commonwealth ex rel. Levin *v.* Levin, Appellant.

Argued September 19, 1973. *Jay Meyers,*
for appellant; *Eugene John Lewis,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth ex rel. Suter *v.* Suter, Appellant.

Argued September 12, 1973.
*Lester H. Zimmerman, Jr.,* with him *Houck, Barron
& Zimmerman,* for appellant; *Herbert A. Schaffner,*
with him *Reynolds, Bihl & Schaffner,* for appellee.

Order affirmed.

SPAULDING, J., absent.